Anthony O. Egbase (SBN: 181721)
**LAW OFFICES OF ANTHONY O. EGBASE & ASSOCIATES**
350 S. Figueroa Street, Suite 189
Los Angeles, California 90071
Tel: (213)620-7070   Fax: (213)620-1200
info@anthonyegbaselaw.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN Re | ) Case No.: 2:10-bk-32251-VZ |
| | ) |
| EAST LA Leonard, LLC | ) DEBTOR'S FILING OF FINANCIAL |
| | ) REPORT FILED BY EAST LA LEONARD, |
| Debtor | ) LLC |
| | ) |
| | ) |

TO THE HONORABLE VINCENT ZURZOLO, CHAPTER 11 TRUSTEE AND ALL INTERESTED PARTIES:

Debtor hereby files balance sheet, cash flow statement, and 2009 federal taxes that have been prepared on behalf of the business.

Statement Pursuant to U.S.C. Sec. 1116 (1)(B)

I, Annie Manzo, representative and sole shareholder of debtor herein, do hereby state that no "statement of operations" has been prepared on its behalf.

      Executed on June 7, 2010 at Los Angeles, CA. I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Dated: 6/7/10          EAST LA Leonard, LLC

                            By: /s/ Annie Manzo
                                 Annie Manzo

# EAST LA LEONARD LLC

## CASH FLOW STATEMENT

For the Year 2010 as of May 31st | **2010**
Cash at Beginnin of Year | $ 1,089.91

### Operations

| | |
|---|---:|
| Cash receipts from customers | $ 16,475.00 |
| Cash paid/used for | |
| Inventory purchases | $ - |
| General operating expenses and administrative expenses | $ 22,271.73 |
| Interest | $ 3,063.38 |
| Income taxes | $ - |
| **Net Cash Flow from Operations** | **$ (8,860.11)** |

### Investing Activities

| | |
|---|---:|
| Cash receipts from | |
| Sale of property and equipment | $ - |
| Collection of principal on loans | $ - |
| Sale of investment securities | $ - |
| Cash paid/used for | |
| Purchase of property and equipment | $ - |
| Making loans to other entities | $ - |
| Purchase of investment securities | $ - |
| Improvements to the property to increase value & equity of an asset | $ - |
| **Net Cash Flow from Investing Activities** | **$ -** |

### Financing Activities

| | |
|---|---:|
| Cash receipts from | |
| Capital Contributions | $ - |
| Transfer from related entities | $ - |
| Issuance of stock | $ - |
| Borrowing | $ - |
| Cash paid/used for | |
| Repurchase of stock | $ - |
| Repayment of loans | $ 272.57 |
| Dividends | $ - |
| **Net Cash Flow from financing Activities** | **$ 272.57** |

**Net Increase in Cash**  $ (9,132.68)

Cash at the End of Year    2010    $ (8,042.77)

| In re: | | CHAPTER: 11 |
|---|---|---|
| EAST LA LEONARD, LLC | Debtor(s). | CASE NUMBER: 2:10-bk-32251 |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

World Trade Center, 350 S. Figueroa Street, Suite 189, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as __Debtor's Filing of financial Report filed by EAST LA Leonard, LLC__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __6/7/2010__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 7, 2010 | JOANNE SANCHEZ | _/s/ Joanne Sanchez_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 9013-3.1
Best Case Bankruptcy

```
EAST LA LEONARD, LLC
5914-5916 Whittier Blvd., suite B
Los Angeles, CA 90022


Anthony O. Egbase
Law Offices of Anthony O. Egbase
The World Trade Center
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90071


East West  Bank
9300 Flair Dr. 2nd floor
El Monte, CA 91731


T.D. Service Company
1820 E. First St, Suite 210
PO Box 11988
92711
Claremont, CA 91711


U.S.Department of Justice
United States Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017


Wells Fargo
PO BOX 60510
Los Angeles, CA 90060
```