Anthony O. Egbase, Esq. SB#181721
Law Offices of Anthony O. Egbase & Associates
350 S. Figueroa Street, Suite 340
Los Angeles, CA 90012
Tel:(213)620-7070 Fax:(213)620-1200
Attorneys for Debtors and Debtor-in- Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

**EAST LA LEONARD, LLC**


**Debtor-in-Possession**

CASE #: 2:10-BK-32251-VZ
Chapter 11

DEBTOR EAST LA LEONARD, LLC
APPLICATION TO EMPLOY
COUNSEL

DECLARATION OF ANTHONY O.
EGBASE,  IN SUPPORT THEREOF
(11 U.S.C. Secs. 327, 328, and 331;
F.R.B.P.2014;Loc.R. 2081-1(f))

**(No Hearing Required)**

TO: THE HONORABLE VINCENT P.  ZURZOLO,  UNITED STATES BANKRUPTCY

JUDGE,  AND OTHER INTERESTED PARTIES:

### Debtor's Application to Employ Counsel

**DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY ANTHONY O. EGBASE**

**PURSUANT**

**TO 11 U.S.C. SECS. 327 AND 328**

Pursuant to section 327(a) of the Bankruptcy Code, and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, Debtor East LA Leonard, LLC   ("Applicant") hereby applies for authority to employ the Law firm of Anthony O. Egbase and Associates ("Counsel"), as counsel for the Applicant under an hourly billing agreement for services to be rendered since the commencement of and for the duration of this Chapter 11 proceeding. In support of this application, the Applicant states as follows:

## **NEED FOR LEGAL COUNSEL**

1. In order to faithfully discharge their duties, the applicant require the assistance and expertise of counsel experienced and capable of rendering legal services to the estate;

2. Prior to the commencement of this proceeding, the applicant consulted with Counsel with respect to the restructuring of the applicant's financial affairs. The applicant  wishes to retain Counsel to represent it in these proceedings. Counsel previously represented the applicant with respect to general legal matters.

3. Counsel is experienced in matters of this nature and has the resources to handle this case.

4. Counsel should be employed under a retainer because of the variety and complexity of the services that will be required during these proceedings.

5. The applicant has chosen Counsel because of their extensive experience in bankruptcy law, insolvency, and debtors' and creditors' rights. The applicant  believes that Counsel are well qualified to represent it in this Chapter 11 case.

2

6.The applicant requires the assistance of Counsel in order to faithfully execute its duties as debtor-in-possession. As bankruptcy counsel, Counsel will assist the applicant in taking all necessary action to protect and preserve the estate, in negotiating with creditors and other parties in interest, in advising the applicant in connection with this proceeding, in preparing the plan of reorganization and disclosure statement, in preparing any necessary pleadings and attending court hearings thereon, and in performing other legal services normally incident to Chapter 11 cases.

7.The main asset of this estate is applicant's commercial property located at 5914 and 5916 Whittier Boulevard, Los Angeles, Ca 90022. The commercial property comprises of three retail stores and a bakery. In late 2009, two tenants failed to renew their leases and vacated the retail stores and also caused damages to the stores. Applicant was unable to rent the vacant stores to other tenants until it expended substantial funds to make repairs to the stores. Consequently, Applicant underwent a depreciation in the rental revenues which in turn caused the Applicant is default on its mortgage payments and it's accounts payable.

The commercial property is currently under the treat of foreclosure by Lender East West Bank. In order to protect its property and reorganize its debts and liabilities, applicant was forced to file under Chapter 11 of the U.S. Bankruptcy Code on June 1, 2010. Applicant has taking steps and anticipates generating higher income in the near future. Since applicant is a Limited Liability Corporation pursuant to LBR 9011-2(a), it will need expert legal counsel to guide it through the maze of bankruptcy laws and U.S. Trustee guidelines, and it believes that Counsel are the best candidates for the job.

8. By necessity, services on behalf of the applicant began on May 27, 2010.

3

## II. PROPOSED EMPLOYMENT OF COUNSEL

9.The applicant desires to employ Anthony O. Egbase ("Counsel"), whose address is 350 S. Figueroa Street, Suite 189, Los Angeles, California 90012, as its attorney to represent it in this case.

10.The applicant is a Limited Liability Company, (LLC) individual chapter 11 debtor-in–possession. The primary asset of the applicant is a commercial real property, and the primary goal of applicant is to restructure, renegotiate, and save the assets from forfeiture to lenders shutdown. Given Mr. Egbase's background in bankruptcy, real estate and tax law (see Mr. Egbase's Declaration attached), applicant feels it may be able to accomplish its goals.

11.The applicant requires legal counsel to specifically render the following types of professional services:

   (a)To advise applicant on matters relating to administration of the Estate, and on the applicant's rights and remedies with regard to the Estate's assets and the claims of secured and unsecured creditors;

   (b)To appear for, prosecute, defend, and represent the applicant's interest in suits arising in or related to this case, including any adversary proceedings against the applicant;

   (C)To assist in the preparation of such pleadings, applications, schedules, orders, and other documents as are required for the orderly administration of this Estate.

4

12. As set forth in the annexed Declaration of Anthony O. Egbase, Counsel has vast experience in the practice of bankruptcy and real estate law. Anthony O. Egbase has represented Chapter 11 debtors-in-possession in substantial number of cases; in Chapter 13 debtors in hundreds of cases; and Chapter 7 debtors in thousands of cases, over a span of 10 years. As such, Counsel is particularly well-qualified to represent the applicant in this case. As set forth in the attached resume of Anthony O. Egbase, Counsel is licensed to practice law in the states of California , Washington D.C. and Maryland. Anthony Egbase has represented substantial Chapter 11 debtors, and since 1996 has represented debtors in hundreds of Chapter 13 and 7 cases.

13. Counsels' resumes, which sets forth his experience and qualifications, is attached hereto as Exhibit A and are incorporated herein by reference. Also attached hereto as Exhibit C and incorporated herein by reference is a true and correct copy of Counsel's fee schedule. Applicant is informed and believes that Counsel's hourly rates are reasonable in light of current hourly rates charged by other attorneys.

14. Counsel are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules, and will comply with them if employed as the applicant's counsel.

15. Applicant has no knowledge that Counsel has any interest adverse to that of the estate with regard to the matters upon which it is to engage. Attached hereto and made part hereof are the declarations of Counsel, which support applicant's conclusion that no such adverse interest exists and that Counsel is a "disinterested person" as that term is defined in the Bankruptcy Code.

16. The court has power to authorize employment of Counsel pursuant to 11 U.S.C.

section 327(a), which states, in pertinent part:

"(T)he trustee (or debtor-in-possession, emp.added), with the Court's approval, may

employ one or ;more ........ professional persons, that do not hold or represent interest

adverse to the estate, and that are disinterested persons, to represent or assist the trustee in

carrying out the trustee's duties under this title."

COMPENSATION ARRANGEMENT

17. The terms of the proposed employment agreement between Debtor and Counsel

called for the U.S. Trustee guideline cost reimbursement, with an hourly billing arrangement.

Applicant agreed that legal fees would be billable at the firm's standard hourly billing rates.

Prior to the filing of this case, Debtor paid Counsel the sum of $ 11,039.00 in engagement deposit for

for services rendered, or to be rendered, in this bankruptcy case that includes research and analysis of

Debtors prior bankruptcy, research and preparation of First Day Motions and the research and

preparation of Debtors Seven day package and analysis of financial records. These funds have been

placed in the Counsel Firm's Client Trust Account. Prior to the filing of the petition, $10,000.00

was drawn down from the Client Trust Account to satisfy all pre-petition amounts owed to

Counsel's Firm related to pre-petition filing activities and fees. Subject to the Court's approval, the

Counsel's Firm intends to charge the Debtor's estate for its services in accordance with its typical

billing practices. Counsel is requesting by this Application that these funds be available for

monthly drawdown by Counsel pursuant to the Guidelines of the U.S. Trustee, and subject to

appropriate interim and final fee applications to be filed by Counsel.

18. A listing of the current hourly billing rates for Anthony Egbase and each of his

Associates is attached as Exhibit C, to Anthony Egbase, Declaration, annexed hereto. It details

the hourly rate of $400 per hour for Mr. Egbase's services, and $250 per hour for his associates.

The Debtor expects that Anthony Egbase will be the primary attorney to be responsible for the

representation of the Debtors during the Chapter 11 case. Debtor also has agreed that paralegal

at Counsel's office  shall be compensated at the rate of $125 per hour for their services.  Time for which fee charges apply includes, but is not limited to, telephone calls, correspondence, meetings, legal analysis and research, review and drafting of documents, interviewing of witnesses, discovery proceedings (such as depositions and interrogatories), pleadings, motions, court appearances, conferences and travel.  Counsel's  Firm will be entitled to reimbursement for any expenses incurred with respect to this matter. These expenses and services include, but are not limited to, travel expense,  facsimile charges, postage, filing fees, messenger service, court reporter services, expert witness fees, filing or search services, document reproduction, document collation and binding, computer research time. Included in the attached Exhibit "C" are the rates charged for expenses incurred on behalf of the Counsel Firm's clients.  Counsels' Firm shall seek compensation pursuant to 11 U.S.C. §330.  The source of said retainers was, and in the future, will be, applicant's earnings and borrowing from its business and personal assets. For all post-petition work, Counsel understand and agree to accept employment on grounds that their fees may be awarded by application and approval by this Court after notice and a hearing.

19. Counsel has not shared or agreed to share its compensation for representing the Debtor with any other person or entity, except as employee compensation among its members.

20. Counsel will provide monthly billing statement to the Debtor that will set forth the amount of fees incurred and expenses advanced by Counsel during the previous month.

21. Counsel statement re. conflict of interest pursuant to F.R.D.P 2014, is attached as Exhibit D to Anthony Egbase's Declaration annexed herein.


NOTICE

22.      Pursuant to the Federal Rule of Bankruptcy Procedure 9034 and Guideline 2.1 of the United States Trustee Guideline for Region 16, this Application has been contemporaneously transmitted to the Office of the United States Trustee.

1  WHEREFORE, for all the foregoing reasons, Applicant respectfully requests that it be

2  authorized to employ Anthony Egbase, Esq. as its legal counsel in this Chapter 11 case, to render

3  services as described in the foregoing Application, effective as of June 1, 2010; and further, that

4  compensation be paid as an administrative expense in such amounts as this Court may hereinafter

5  determine and allow, and that Counsel's interim fee application filings be modified as prayed.

6

7                                        **EAST LA LEONARD, LLC**

8  Dated: June 24, 2010

9

10  _____

11  By: East LA Leonard, LLC

12  **Debtor-in-Possession**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                          8

Anthony O. Egbase, Esq. SB#181721
Law Offices of Anthony O. Egbase & Associates
350 S. FIGUEROA STREET,  Suite 189
Los Angeles, CA 90071
Tel:(213)620-7070 Fax:(213)620-1200
Attorneys for Debtors and Debtor-in- Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EAST LA LEONARD, LLC** | **CASE NUMBER:  2:10-BK-32251-VZ** |
| | **Chapter 11** |
| **Debtor-in-Possession** | **DECLARATION OF ANTHONY O. EGBASE** |

## DECLARATION OF ANTHONY O. EGBASE

I, Anthony O. Egbase, declare as follows:

1. I am an attorney at law, qualified to practice in all courts of the States of California, Washington DC, Maryland and before the United States District Court for the Central District of California.  I am a principle associates of the Law Firm of Anthony O. Egbase and Associates, 350 Figueroa Street, #189, Los Angeles, Ca 90012 ("Egbase").

-1-

2. I have personal knowledge of the matters set forth in this declaration, except where stated upon information and belief, and as to such statements, If believe them to be true. Unless the context indicates otherwise, capitalized terms herein shall have the meaning as defined in the Application.

3. In handling the instant case, I can unequivocally state that I am familiar with the Bankruptcy Code, the Bankruptcy Rules, and the local Bankruptcy Rules, and shall comply with them.

4. I understand and agree to accept employment on grounds that my fees may be awarded only by application to and approval by this Court after notice and a hearing.

5. Following the Applicant's request that Egbase represent it in this case as legal counsel, a conflicts check was undertaken, utilizing Egbase's client list database. Based upon the conflicts check and review conducted, I believe that Egbase and his office staff are "disinterested persons" as defined by 11 U.S.C. Sec. 101 and do not hold or represent any interest adverse to the estate. Accordingly, Egbase commenced services on behalf of the applicant on February 18, 2010.

6. I have made diligent inquiry into this matter and after such inquiry; I have determined that neither I nor any of my office staff have any connection with the above-captioned applicant, its creditors, or any other party-in-interest in this case.

7. Neither I, nor any office staff, have any interest adverse to the estate, the U.S. Trustee or the applicant in any matter related to this case.

8. I have also made inquiry and have determined that I and my office staff are considered "disinterested persons" as that term is contemplated under the Bankruptcy Code, and accordingly I am qualified to act in the capacity as Attorney, or Legal Counsel, for the debtor–in-possession in this case.

9. The conclusion that Egbase is "disinterested" is based upon the fact that neither Egbase nor any of its office staff:

a. Is or was a creditor, an equity security holder or an insider of the applicant;

b. Is or was, within 2 years before the date of the filing of the petition herein, a director, officer of employee of the applicant;

c. Has an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, b reason of any direct or indirect relationship to, connection with, or interest in, the applicant, or for any other reason; and

d. Is a relative or employee of the OUST or a U.S. Bankruptcy Court judge.

10. Likewise, to the best on my information and belief, neither Egbase nor any members of its office staff has any connection with the applicant, the creditors of the estate, any other parties in interest in this case, their respective attorneys, the OUST, or any person employed in the OUST, AND that Egbase and each member of its office staff are all disinterested persons pursuant to section 101 (14) of the Bankruptcy Code. Attached herein as Exhibit D is a state of Disinterestedness

11. Egbase is not representing, has not represented and does not intend to represent any related debtors in a bankruptcy case in this or any other Court.

12. Cause exists that justifies Egbase's employment as the Applicant's counsel for the following reasons:

a) Egbase is the principal associates in Anthony Egbase and Associates and engages in the practice of bankruptcy law and general civil litigation. Egbase has represented Chapter 11 debtors-in-possession in a substantial number of cases; Chapter 13 debtors in hundreds of cases; and Chapter 7 debtors in thousands of cases, over a span of 15 years. As such, Egbase is particularly well-qualified to represent the applicant in this case.

b) Egbase's resume, which sets forth his experience and qualifications, is attached

hereto as Exhibit A and incorporated herein by reference.  Also attached hereto as

Exhibit C and incorporated herein by reference is a true and correct copy of

Counsel's fee schedule, which sets forth Egbase's normal hourly billing rates for all

matters at his firm at the time the instant case was filed.  Egbase believes that his

hourly rate is reasonable in light of current hourly rates charged by other attorneys.

13.    The main asset of this estate is applicant's commercial property located at 5914

and 5916 Whittier Boulevard, Los Angeles, Ca 90022.  The commercial property comprises of

three retail stores and a bakery.  Due to inability of the Applicant to fully rent  the property,

Applicant underwent a depreciation in the rental revenues which in turn caused the Applicant to

default on its  mortgage payments and it's accounts payable.  Applicant is taking steps and

anticipates generating higher income in the near future and restructuring the second mortgage on the

rental property through possible cramdown procedures.  In order to protect its property and

reorganize his  debts and liabilities, applicant was forced to file under Chapter 11 of the U.S.

Bankruptcy Code in May 2010. Since applicant is an individual, and its chapter 11 debtors

principal completely unversed in the federal law of bankruptcy, it will need expert legal counsel to

guide it through the maze of  bankruptcy laws and U.S. Trustee guidelines, and it believes that

Counsel is the best candidates for the job.

14.    The applicant requires legal counsel to render the following types of professional

services:

(a)To advise applicant on matters relating to administration of the Estate, and on the

applicant's rights and remedies with regard to the Estate's assets and the claims of

secured and unsecured creditors;

(b)To appear for, prosecute, defend, and represent the applicant's interest in suits arising in or related to this case, including any adversary proceedings against the applicant;

(c)To assist in the preparation of such pleadings, applications, schedules, orders, and other documents as are required for the orderly administration of this estate.

Further attached herein as Exhibit D, is Egbase completed statement of Disinterestedness pursuant to F.R.B Procedure 2014.

15. The terms of the proposed employment agreement (Exhibit B) between Debtor and Counsel called for the U.S. Trustee guideline cost reimbursement, with an hourly billing arrangement. Applicant agreed that legal fees would be billable at the firm's standard hourly billing rates. Prior to the filing of this case, Debtor paid Counsel the sum of $ 11,039.00 in engagement deposit for for services rendered, or to be rendered, in this bankruptcy case that includes research and analysis of Debtors prior bankruptcy, research and preparation of First Day Motions and the research and preparation of Debtors Seven day package and analysis of financial records. These funds have been placed in the Counsel Firm's Client Trust Account. Prior to the filing of the petition, $10,000.00 was drawn down from the Client Trust Account to satisfy all pre-petition amounts owed to Counsel's Firm related to pre-petition filing activities and fees. Subject to the Court's approval, the Counsel's Firm intends to charge the Debtor's estate for its services in accordance with its typical billing practices. Counsel is requesting by this Application that these funds be available for monthly draw down by Counsel pursuant to the Guidelines of the U.S. Trustee, and subject to appropriate interim and final fee applications to be filed by Counsel.

16.  A listing of the current hourly billing rates for Anthony Egbase and each of his Associates is attached herein as Exhibit C, Anthony Egbase will be the primary attorney to be responsible for the representation of the Debtors during the Chapter 11 case.   Time for which fee charges apply includes, but is not limited to, telephone calls, correspondence, meetings, legal analysis and research, review and drafting of documents, interviewing of witnesses, discovery proceedings

(such as depositions and interrogatories), pleadings, motions, court appearances, conferences and travel. Egbase will be entitled to reimbursement for any expenses incurred with respect to this matter. These expenses and services include, but are not limited to, travel expense, facsimile charges, postage, filing fees, messenger service, court reporter services, expert witness fees, filing or search services, document reproduction, document collation and binding, computer research time. Included in the attached Exhibit "C" are the rates charged for expenses incurred on behalf of the Egbase Firm's clients. Egbase shall seek compensation pursuant to 11 U.S.C. §330. The source of said retainers was, and in the future, will be, applicant's earnings and borrowing from its business and personal assets. For all post-petition work, Counsel understand and agree to accept employment on grounds that their fees may be awarded by application and approval by this Court after notice and a hearing.

17.    Egbase believes that the compensation arrangement is a fair and equitable payment arrangement due to the scope of work involved in this case, the uncertainty of what the final reorganization will look like, and what it will take to get there. Egbase also believes the firm's hourly rate, which applies to all types of cases, is approximately the median rate charged by a lawyer of her experience after 15 years of practicing law with a high level of demonstrated competence and client case success rates.

17.    For all post-petition work, Egbase understands and agrees to accept employment on grounds that his fees may be awarded only by application and approval by this Court after notice and a hearing.

19.    No compensation will be paid by the applicant to Egbase except upon application to and approval by this Court after notice and a hearing pursuant to Sections 330 and 331 of the Bankruptcy Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on June 24, 2010 at Los Angeles, CA 90012

ANTHONY EGBASE

_____
Signature of Declarant