Anthony O. Egbase (SBN: 181721)
LAW OFFICES OF ANTHONY O. EGBASE & ASSOCIATES
350 S. Figueroa Street, Suite 189
Los Angeles, California 90012
Tel: (213)620-7070    Fax: (213)620-1200

Attorneys for Debtor.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

**EAST LA LEONARD, LLC,**

          Debtors

) CHAPTER 11
)
) Case No.: **2:10-BK-32251-VZ**
)
) **NOTICE OF APPLICATION OF**
) **DEBTOR AND DEBTOR IN**
) **POSSESSION TO EMPLOY ANTHONY**
) **O. EGBASE AND ASSOCIATES**
) **COUNSEL**
)
) **(No Hearing Required)**
)
)
)

TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE TWENTY LARGEST UNSECURED CREDITORS, AND ALL PARTIES REQUESTING SPECIAL NOTICE:

    PLEASE TAKE NOTICE that East LA Leonard, LLC Chapter 11 debtor and debtor in possession herein (collectively, the "'Debtor"), have filed an application (the "Application") to employ the law firm of Law offices of Anthony O. Egbase and Associates ("Counsel") to represent the Debtor in connection with their chapter 11 bankruptcy cases upon the terms and conditions set forth in the Application.

1

Counsel will bill its time for its representation of the Debtors on an hourly basis in accordance with Counsel's firm's standard hourly billing rates, and will seek reimbursement of expenses in accordance with the rates set forth in the guidelines promulgated by the Office of the United States Trustee.

PLEASE TAKE FURTHER NOTICE that during the one-year period prior to its Chapter 11 filing, the Debtors paid the total sum of $11,039 (the "Retainer", to Counsel for legal services in contemplation of and in connection with the Debtors' Chapter 11 cases, exclusive of both of the Debtors' $1,039 Chapter 11 bankruptcy filing fees. The Debtor advised Counsel that the source of said retainers was, and in the future, will be, applicant's earnings and borrowing from its business and personal assets. The Retainer is the only money that Counsel was paid by the Debtor prior to the commencement of the Debtors' bankruptcy cases. Counsel has not received any lien or other interest in property of the Debtors or of a third party to secure payment of Counsel's fees or expenses.

In order to assist Counsel with its cash flow needs (as Counsel is required to pay its own operating expenses on a current and timely basis), Counsel requests Court authority to draw down against the Retainer on a monthly basis for all post-petition fees and expenses incurred by Counsel during the Debtors' cases.

PLEASE TAKE FURTHER NOTICE that, in addition to the Retainer, Counsel will seek Court authority to be paid from the Debtors' estates for any and all fees incurred and expenses advanced by Counsel in excess of the Retainer. Counsel recognizes that the payment of any such additional fees and expenses will be subject to further Court order after notice and a hearing.

The Application is based on this Notice, the Application, the Declaration of Anthony Egbase, Esq. and all other pleadings filed in support of the Application, the entire record of the cases, the statements, arguments and representations of counsel to be made at the hearing on the Application, if any, and any other evidence properly presented to the Court.

PLEASE TAKE FURTHER NOTICE that any request for a copy of the Application must be made in writing to Law Offices of Anthony O. Egbase and Associates, 350 S. Figueroa Street,

Suite 189, Los Angeles, California 90071, Attention: Anthony O. Egbase, Tel: (213) 620-7070, Fax: (213) 620-1200, Email: Anthony@anthonyegbaselaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Bankruptcy Rule 2014-1(b)(3) (E), any response and request for a hearing, in the form required by Local Bankruptcy Rule 9013- 1(f) (1), must be filed and served on the Debtors, Counsel and the Office of the United States Trustee no later than 15 days following the date of service of this Notice.

PLEASE TAKE FURTHER NOTICE that failure to file and serve an objection or request for hearing within this fifteen (15) day period may be deemed by the Court to be consent to the relief requested in the Application.

Dated: June 24, 2010

Law offices Of
Anthony O. Egbase & Associates

Anthony O. Egbase
Attorney For Debtor East LA Leonard, LLC

3

| In re:<br>**EAST LA LEONARD, LLC**<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: **2:10-BK-32251-VZ** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 350 S. Figueroa Street, Suite 189, Los Angeles, CA 90017.

A true and correct copy of the foregoing document described as : **NOTICE OF APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION TO EMPLOY COUNSEL**

I. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 24, 2010  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. <u>**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**</u>(indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. <u>**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**</u> (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service

4

1. method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that

2. personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

3. ☐ Service information continued on attached page

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and

5. correct.

| / /10 | Joanne Sanchez | Joanne Sanchez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION** (if needed):

SERVICE INFORMATION ATTACHED.

## SERVICE INFORMATION.

ELECTRONIC FILING:

United States Trustee (L.A). – ustpregion16.la.ecf.@usdoj.gov

Attorney for Creditor East West Bank

-Nathan F. Smith------nathan@mclaw.org

U.S. MAIL OR OVERNIGHT.

Debtors
EAST LA LEONARD, LLC
Attn. Ana Manzo
5914 and 5916 Whittier Boulevard
Los Angeles, Ca 90022.

Attorney for Debtor
Law Offices of Anthony O. Egbase
Anthony O. Egbase, SBN 181721
800 W. 1st Street, Suite 400-1
Los Angeles, CA 90012

Attorney For Mortgage Lender
Nathan F. Smith
Malcolm & Cisneros
2112 Business Center Drive, 2nd Floor
Irvine, California 92612