Anthony O. Egbase (SBN: 181721)
LAW OFFICES OF ANTHONY O. EGBASE & ASSOCIATES
350 S. Figueroa Street, Suite 189
Los Angeles, California 90012
Tel: (213)620-7070   Fax: (213)620-1200

Attorneys for Debtor.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

**EAST LA LEONARD, LLC,**

                    Debtors

) CHAPTER 11
)
) Case No.: 2:10-BK-32251-VZ
)
) DEBTORS RESPONSE TO
) UNITED STATES TRUSTEE (UST)
) OBJECTION TO APPLICATION FOR
) AUTHORITY TO EMPLOY COUNSEL;
)
) Declaration of Anthony O. Egbase in
) Support Thereof.
)
) Hearing:
) Date:___August 17, 2010___
) Time:    11:00 a.m.
) Crtrm:  Courtroom 1368
)         255 E. Temple Street,
)         Los Angeles, Ca 90012
)

TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTOR'S TWENTY LARGEST UNSECURED CREDITORS; THE DEBTOR'S SECURED CREDITORS; AND ALL OTHER PARTIES ENTITLED TO NOTICE:

1

PLEASE TAKE NOTICE that on August 11, 2010, at 11:00 a.m., or as soon thereafter as counsel may be heard, a hearing will be held before the Honorable Vincent P. Zurzolo on the Debtors Application To Employ Counsel, pursuant to (11 U.S.C. Secs. 327, 328, and 331; F.R.B.P.2014;Loc.R. 2081-1a(5)) (the "Motion"), pursuant to the objection filed by the United State Trustee to the Debtor's Application For Authority To Employ Counsel. By the Motion, Debtor seeks a hearing considering the sufficiency of the Debtors response to the issues raised in the objection of the UST to the Debtor's Application, and enter and order approving the Debtor Application For Authority To Employ the Law Office of Anthony O. Egbase and Associates as its Chapter 11 Bankruptcy Counsel.

PLEASE TAKE FURTHER NOTICE that this Motion is based upon the annexed Response to the UST Objections (the "Response"), the annexed Declaration of Anthony O. Egbase, (the "Egbase Declaration"), the Debtor's Application For Authority To Employ Counsel, and the record in this case, including all pleadings and documents filed by the Debtor, the arguments and representations of counsel, and any oral or documentary evidence presented at or prior to the time of the hearing on the Motion.

PLEASE TAKE FURTHER NOTICE that any objection, joinder, or response to the Motion must be in writing; must be accompanied by supporting evidence; must comply with Local Bankruptcy Rule 9013-1; and must be filed with the Court (with a copy to chambers) and served on the following parties (i) counsel to the Debtor at the following address: Anthony O. Egbase, Law Office of Anthony O. Egbase & Associates, 350 S. Figueroa Boulevard, Suite 189, Los Angeles, Ca 90017; (ii) the Office of the United States Trustee, Attn: Dare Law, Esq. and Peter C. Anderson, Esq., 725 South Figueroa Street, Suite 2600, Los Angeles, California 90017, Facsimile: (213) 894-2603.

WHEREFORE, Debtor respectfully request that the court approve the Debtors Application For Authority To Employ Counsel by supplement the application with forgoing modification and explanation herein.

Dated: July 23, 2010

/s/Anthony O. Egbase
Anthony O. Egbase. Esq.
Law Offices Of Anthony O. Egbase & Associates
Proposed Attorney for Debtor and Debtors in
Possession East LA Leonard, LLC.

## MEMORANDUM OF POINTS.

### Debtors Response To United State Trustee (UST) Objections

Debtor herein submits the following response to the United State Trustee (UST) objection to the Debtors application for authority to employ the Law office of Anthony O. Egbase and Associates as its Chapter 11 Bankruptcy Counsel.

The United State Trustee (UST) raises three (3) main concerns in its objection to the Debtor's Application for Authority To Employ Counsel. Debtor herein proffers the following amendment and explanations to its Application to Employ Counsel in order to redress the concerns of the UST.

(i)    The Debtor Shall Make The Deposit Of The $4,653 To The DIP Account Where The Court And Creditors Can Be Able To Perform The Typical Oversight.

The firm's retainer agreement is drawn in accordance with the Supreme Court decision interpreting Bankruptcy code Section code 330(a).

*In Re: Lamie v. United States Trustee, 540 U.S. 526 (2204), the Supreme Court carved out a "retainer" exception to §330's payment restrictions and allowed a debtor to engage counsel before a Chapter 7 conversion and pay compensation in advance (a "retainer") to ensure that the filing is in order*

*In Re Wagers, 514 F.3d 1021 (10th Cir.2007) .... The Wagers court held that, under Kansas law, the "retainer" exception only applies to flat fee retainers (that become the attorney's property when received), and not to security retainers (that become the attorney's property only later, when earned). Because a security retainer remains property of the debtor estate post-petition, a debtor's attorney may only receive payment from that retainer if its employment is approved pursuant to Code §327.*

4

The UST objected to the Debtor's Application on the grounds that the Court and the creditors cannot perform the typical oversight functions employed to ensure that value to the estate is provided at a reasonable cost, because the Egbase firm imposed a flat monthly fee of $4,653, be deposited in a segregated client trust account, on the 30th of every month beginning on June 30, 2010, until the completion of the case.

To redress the UST concern, Debtor has modified its retainer agreement Exhibit A, to reflect that the funds shall be deposited to the Debtor in Possession (DIP) account wherein the Court and Creditors can perform the regular oversight. Upon the courts approval of counsel compensation, the court shall authorized the Debtor's counsel to draw down from the funds to compensate counsel.

(ii) **Egbase's Firm Herein Tenders Its Invoice Detailing The Pre-Petition Expenses**

The UST further objection to the fee application is based on the grounds that the Egbase Firm failed to submit its invoice detailing amount of time spent on pre-petition filing activities to justify the charging of $10,000 for pre petition fees drawn down from the Client Trust Account to cover pre-petition filing activities.

Attached herein as Exhibit B is the invoice detailing amount of time spent on pre-petition filing activities with the corresponding services that justifies the charging of $10,000 for pre petition fees drawn down from the Client Trust Account.

(iii) **Egbase Firms Amendment to Disclosure of Compensation Redresses The Issue Regarding The Conflict In the Amount Paid In The Disclosure Of Compensation And That Paid In The Declaration In Support of Debtors Application of Counsel**

5

The different representation of the amount of payment made by the Debtor indicated on the Disclosure of Compensation as against that indicated in the Declaration of Counsel supporting the application was caused by inadvertence of counsel's office during the filing of the petition. In making its payments, the Debtor made two payments first payment of $9,800.00 and $1239.00 respectively. However, in completing the Disclosure of Compensation form, during the preparation of Debtors petition, Counsel's Staff erroneously entered the figures from the previous part payment made by the Debtor. Counsel has amended the Disclosure of compensation to reflect a consistent amount of $10,000 as the amount paid by debtor to Anthony O. Egbase and Associates, see declaration of Anthony O. Egbase (line 13-22).

The representation that "Egbase Firm did not receive any retainer fee for services in connection with the bankruptcy case" is consistent, because the funds deposited by the client prior to the petition were exhausted for pre-petition expenses. Debtor has nto made any security retainer as detailed on Exhibit 1, (Invoice), follow the $10,000 expended towards the pre-petition expenses, the $1,039, being the balance of the $11,039 was expended as cost for the chapter 11 filing.

### Conclusion

Based on the foregoing the Debtor respectfully request that the court supplement the Debtors Application with the forgoing modification and explanations herein and approve the Debtor Application to Employ Counsel Anthony O. Egbase as Chapter 11 Counsel for the Debtor.

6

Dated July 23, 2010

Respectfully Submitted.

*[signature]*

Anthony O. Egbase
Law Offices of Anthony O. Egbase & Associates
Proposed Reorganization Counsel For Debtor
East LA Leonard LLC.

# DECLARATION OF ANTHONY O. EGBASE IN SUPPORT OF RESPONSE TO TRUSTEE'S OBJECTIONS

I, Anthony O. Egbase, declare and state as follows:

1. That I am an attorney licensed to practice law in California and before this court and other courts. (Details of my resume are attached to application for employment referenced in this case).

2. This declaration is made in response to trustee's objections to my application for employment as counsel for the debtor-in-possession in this case.

3. That in connection with the services rendered prepetition in this case attached is a detailed breakdown of the fees and expenses see Exhibit 1 herein.

4. That the inconsistency in the disclosure of compensation and the retainer agreement is due to the fact that the disclosure of compensation was prepared at a point in time when debtor had only paid $8,761.00 to my firm and $1039.00 filing fee amounting to $9800.00 which is reflected in the retainer.

5. That I inadvertently failed to amend the disclosure of compensation after debtor subsequently paid the sum of $1,239.00 before filing the petition.

6. That attached as Exhibit 2 is the amended disclosure of compensation and financial affairs which has been filed in this case.

7. To address the United States Trustee's concern, I have amended my retainer. Debtor is no longer required to deposit the sum of $4,653.00 into my attorney client trust account, see exhibit 3 herein. To date debtor has not deposited any of the $4,653.00 into the attorney client trust account.

DECLARATION OF ANTHONY O. EGBASE IN SUPPORT OF RESPONSE TO TRUSTEE'S OBJECTIONS

I declare under penalty and perjury under the law of the United States of America that the foregoing is true and correct.

Date this 22nd day of July 2010 at Los Angeles, CA

_____
Anthony O. Egbase
Declarant

DECLARATION OF ANTHONY O. EGBASE IN SUPPORT OF RESPONSE TO TRUSTEE'S OBJECTIONS

| In re: | | CHAPTER: 11 |
|---|---|---|
| EAST LA LEONARD, LLC | Debtor(s). | CASE NUMBER: 2:10-bk-32251 |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**World Trade Center, 350 S. Figueroa Street, Suite 189, Los Angeles, CA 90071**

A true and correct copy of the foregoing document described as __Debtor's Response to United States TRustee's Objection to Application for Authority to Employ Counsel__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __7/23/2010__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

- Anthony Egbase info@anthonyegbaselaw.com
- Dare Law dare.law@usdoj.gov
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __7/23/2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/23/2010 | **Joanne Sanchez** | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 9013-3.1
Best Case Bankruptcy

EAST LA LEONARD, LLC
5914-5916 Whittier Blvd., suite B
Los Angeles, CA 90022


Anthony O. Egbase
Law Office of Anthony O. Egbase & Associates
The World Trade Center
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90


East West Bank
9300 Flair Dr. 2nd floor
El Monte, CA 91731


T.D. Service Company
1820 E. First St, Suite 210
PO Box 11988
92711
Claremont, CA 91711


U.S.Department of Justice
United States Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017


Wells Fargo
PO BOX 60510
Los Angeles, CA 90060