# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Anthony O. Egbase | Atty Name (if applicable): | Anthony O. Egbase |
| Street Address: | The World Trade Center 350 S. Figueroa Street, Suite 189 Los Angeles, CA 90071 | CA Bar No. (if applicable): | 181721 |
| Filer's Telephone No.: | 213-620-7070 | Atty Fax No. (if applicable): | 213-620-1200 |

| | |
|---|---|
| In re:<br><br>**EAST LA LEONARD, LLC** | Case No. **2:10-bk-32251**<br><br>Chapter **11** |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?

☒ Yes      ☐ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A   ☐ B   ☐ C   ☐ D   ☐ E   ☐ F   ☐ G   ☐ H   ☐ I   ☐ J

☐ Statement of Social Security Number(s)      ☐ Statement of Financial Affairs
☐ Statement of Intention                      ☒ Other  *Creditor Matrix.*

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, **Annie Manzo,** the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

**\*\*FOR COURT USE ONLY\*\***

DATED:  8/12/2010

*/s/ Annie Manzo*

**Annie Manzo \ Manager**
*Debtor Signature*



*Co-Debtor Signature*

**\*\*SEE PROOF OF SERVICE\*\***

B-1008 *Revised November 2003*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED:    8/12/2010

**Anthony O. Egbase**
Print or Type Name

*Signature*

(SEE ATTACHED MAILING LIST.)

EAST LA LEONARD, LLC
P.O. Box 4876
Rancho Cucamonga, CA 91729


Anthony O. Egbase
Law Office of Anthony O. Egbase & Associates
The World Trade Center
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90


East West  Bank
9300 Flair Dr. 2nd floor
El Monte, CA 91731


East West Bank
Agent for Service of Process
Douglas P. Krause
135 N. Los Robles Avenue 7th Fl
Pasadena, CA 91101


Gas Company
PO Box 800
San Dimas, CA 91773


Southern California Edison
P.O. Box 600
Rosemead, CA 91771


T.D. Service Company
1820 E. First St, Suite 210
PO Box 11988
92711
Claremont, CA 91711


U.S.Department of Justice
United States Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017

Verizon Wireless
Attn: Bankruptcy Administration
PO Box 3397
Bloomington, IL 61702


Water Power, DWP
PO Box 51111
Los Angeles, CA 90051


Wells Fargo
PO BOX 60510
Los Angeles, CA 90060


Wells Fargo Bank, N.A.
BDD Bankruptcy Depat
MAC S4101-08C
100 WAshington Street
Phoenix, AZ 85003