PETER C. ANDERSON
UNITED STATES TRUSTEE
Dare Law, SBN 155714
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, 26th Floor
Los Angeles, California 90017
Telephone No. (213) 894-4925
Facsimile No. (213) 894-2603
e-mail: dare.law@usdoj.gov

## UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In Re<br><br>EAST LA LEONARD, LLC<br><br>Debtor | Case Number 2:10-bk-32251 VZ<br><br>Chapter 11<br><br>REPLY TO DEBTOR'S RESPONSE TO UNITED STATES TRUSTEE'S OBJECTION TO EMPLOYMENT APPLICATION<br><br>DATE:   [NO HEARING SET]<br>TIME:<br>CTRM:   1368<br>255 E. Temple Street<br>Los Angeles, CA 90017 |

To the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge, Debtor, Debtor's Attorney, and All Interested Parties:

The United States Trustee has reviewed Debtor's reply to the United States Trustee's objection to the employment of the Law Offices of Anthony O. Egbase & Associates. Based upon the supplemental information contained therein, the United States Trustee has no further objections to the employment application.

Dated: August 23, 2010

UNITED STATES TRUSTEE

By: /s/ Dare Law
Dare Law
Attorney for the U.S. Trustee

1

| In re: East La Leonard, LLC. | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:10-bk-32251 VZ |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017

A true and correct copy of the foregoing document described ___REPLY TO DEBTOR'S RESPONSE TO OBJECTION TO EMPLOYMENT APPICLICATION_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 23, 2010_____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ___August 23, 2010_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____August 23, 2010_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. **Upon filing I will be giving a filed document to a Court delivery service consistent with our normal business practice, with instruction to deliver the copy to the chamber bin outside Suite 1360 for the Honorable Vincent P. Zurzolo.**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 23, 2010 | Carol Fusilier | *(signed)* Carol Fusilier |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                            F 9013-3.1

| In re: East La Leonard, LLC. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-32251 VZ |

## ADDITIONAL SERVICE INFORMATION

### TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Anthony Egbase    info@anthonyegbaselaw.com
- Dare Law    dare.law@usdoj.gov
- Nathan F Smith    nathan@mclaw.org
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

### SERVED BY U.S. MAIL OR OVERNIGHT MAIL

### DEBTOR
**East LA Leonard, LLC**
5914-5916 Whittier Blvd Ste B
Los Angeles, CA 90022

### DEBTOR'S COUNSEL
**Anthony Egbase**
Law Offices of Aanthony O Egbase & Assoc
350 S Figueroa St Ste 189
Los Angeles, CA 90071

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1